IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PACIFIC THOMAS CORPORATION<br>―――――――――――――――――――<br>KYLE EVERETT, Chapter 11 Trustee,<br>          Appellee,<br>     v.<br>DARROW FAMILY PARTNERS,<br>          Appellant. | Case No. 15-cv-06324-MMC<br><br>**ORDER DIRECTING APPELLANT TO PROVIDE CHAMBERS COPY OF OPENING BRIEF AND OF EACH DOCUMENT FILED IN BANKRUPTCY COURT CITED IN OPENING BRIEF** |

Having reviewed the docket of the above-titled bankruptcy appeal, the Court rules as follows:

1. On August 8, 2016, appellant Darrow Family Partners electronically filed and served on appellee Kyle Everett its opening brief in the above-titled bankruptcy appeal. Appellant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Appellant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of its opening brief.

2. To facilitate the Court's review of the matter, appellant is hereby directed to submit, no later than September 23, 2016, a chambers copy of each document filed in the bankruptcy court that is cited in the opening brief.

3.  As of September 23, 2016, the Court will deem the matter submitted, no opposing brief having been filed by appellee.  (See Clerk's Notice of Briefing, filed February 1, 2016 (providing "appellee shall serve and file a brief within 21 days after service of appellant's brief").)

**IT IS SO ORDERED.**

Dated: September 9, 2016

MAXINE M. CHESNEY
United States District Judge